**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1957 |
| Plaintiff - Appellee, | D.C. No. 3:22-cr-01143-GPC-3 |
| v. | |
| DANNY LAMAR MILLER-KIDD, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court for the
Southern District of California
Gonzalo P. Curiel, District Judge, Presiding

Submitted January 22, 2025**

Before:    CLIFTON, CALLAHAN, and BENNETT, Circuit Judges.

Danny Lamar Miller-Kidd appeals from the district court's judgment and challenges his guilty-plea convictions and 180-month sentence for conspiracy to distribute controlled substances and distribution of controlled substances in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Miller-Kidd's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Miller-Kidd filed a pro se supplemental opening brief, to which the government responded by filing a motion to dismiss pursuant to the appeal waiver in the plea agreement.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous issue as to whether the appeal waiver is enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly grant the government's motion to dismiss the appeal as to all issues except the 13 standard supervised release conditions included in the written judgment, which the district court did not orally impose or incorporate by reference. We vacate those conditions and remand for the limited purpose of permitting the district court to reimpose them, after giving Miller-Kidd a chance to object, in compliance with *United States v. Montoya*, 82 F.4th 640 (9th Cir. 2023) (en banc), which was decided during the pendency of this appeal.

We do not reach on direct appeal Miller-Kidd's pro se claim that he received ineffective assistance of counsel. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Counsel's motion to withdraw is denied without prejudice to renewal in the district court.

**DISMISSED in part; VACATED in part; and REMANDED.**